# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOISSE A. CAGEY AND DALE J. CAGEY, :   No. 329 WAL 2016
HER HUSBAND,

             Petitioners :   Petition for Allowance of Appeal from
                                     :   the Order of the Commonwealth Court

          v. :

COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
A COMMONWEALTH AGENCY, :

             Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Has [the] Commonwealth Court improperly expanded this Court's holding in Dean v. Department of Transportation, 751 A.2d 1130 (Pa. 2000)[,] that the Department has no duty to erect guardrails on Commonwealth real property along Commonwealth agency roadways, by repeatedly holding that when the Department does erect guardrails, it cannot be liable for injuries caused by negligently dangerously designed guardrails?